JS-6

China R. Rosas (SBN 262171)
china@crosaslaw.com
LAW OFFICE OF CHINA R. ROSAS
1851 East First Street, Suite 900
Santa Ana, CA 92705
Telephone:  (714) 352-4814

Attorneys for Plaintiff
JO A. RENS

Patrick H. Hicks, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway Suite 300 Las Vegas, NV 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Jamie Y. Lee, Bar No. 228389
jylee@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
AB CAR RENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO A. RENS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware Corporation; AB CAR RENTAL SERVICES, business entity form unknown; and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 8:23-cv-00753 DOC(ADSx)<br><br>*[Removal from the Superior Court of California, County of Orange, Case No. Case No. 30-2022-01280635-CU-WT-CJC]*<br><br>**ORDER REGARDING JOINT STIPULATION TO REMAND TO STATE COURT [14]**<br><br>Assigned to the Honorable Judge David O. Carter |

ORDER RE: JOINT
STIPULATION TO REMAND
TO STATE COURT

# ORDER

The Court, having reviewed the Joint Stipulation to Remand to State Court, orders the following:

1. This action is REMANDED to state court.

2. This Order is without prejudice to the rights, claims, defenses and arguments of all parties.

3. All pending motions and hearings are hereby VACATED and removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE